```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025
```

ALTA PARTNERS, LLC,

                    Plaintiff,

    - against -

ENERGY VAULT HOLDINGS, Inc. and ENERGY VAULT INC.,

                    Defendants.

**25 Civ. 3371 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendant Energy Vault Holdings, Inc. and Energy Vault Inc.'s ("Energy Vault") request for a premotion conference regarding its anticipated motion to dismiss Plaintiff Alta Partners, LLC's ("Alta Partners") Amended Complaint. (See Dkt. No. 15.)

    However, Energy Vault and Alta Partners have not yet conducted the required premotion letter exchanges regarding the newly filed Amended Complaint. The correspondence attached by Energy Vault predates the filing of the Amended Complaint by several months and appears to be in regard to the initial Complaint. (See Dkt. Nos. 15-1, 15-2, 15-3.)

    The parties are therefore directed to restart their letter exchanges in accordance with the Court's Individual Practices II.B.1 to address the purported deficiencies in the Amended Complaint. If the parties are unable to resolve the

dispute over the appropriateness of filing a motion to dismiss, Energy Vault may notify the Court requesting a premotion conference.

**SO ORDERED.**

Dated:   18 August 2025
         New York, New York

_____
                              Victor Marrero
                              U.S.D.J.

2