UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALTA PARTNERS, LLC<br>*Plaintiff,*<br><br>v.<br><br>ENERGY VAULT HOLDINGS, INC.<br>and ENERGY VAULT, INC.,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Cause No. 1:25-CV-03371 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

## PROPOSED ORDER GRANTING AGREED BRIEFING SCHEDULE

Pending before the Court is a joint request for entry of a briefing schedule regarding Energy Vault's Motion to Dismiss. The Court hereby accepts the parties' agreed briefing schedule and ORDERS as follows:

**October 30, 2025**     Defendants will file Motion for Dismissal and Memorandum of Law by this date.

**November 14, 2025**     Plaintiff's Opposition is due by this date.

**November 21, 2025**     Defendants' Reply to Plaintiff's Opposition, *if any*, is due by this date.

The parties shall comply with the word and formatting requirements in Individual Rule of Practice II.D.

IT IS SO ORDERED.

Signed in New York, New York, this 17 day of October, 2025

_____
HONORABLE VICTOR MARRERO
United States District Judge